# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Debra Young-Stevens,<br>    Debtor<br><br>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust<br>    Movant<br>v.<br>Debra Young-Stevens<br>    Debtor/Respondent<br><br>Scott F Waterman<br>    Trustee/Respondent | Bankruptcy No. 24-13123-amc<br><br>Chapter 13<br><br>Hearing Date: October 30, 2024<br><br>Hearing Time: 11:00 A.M.<br><br>Location:<br>900 Market Street, Suite 400<br>Philadelphia, PA 19107 |

## ORDER OF COURT

AND NOW, this 15th day of Nov., 2024, upon consideration of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust as it applies to the real property and improvements commonly known as 6415 N Fairhill St., Philadelphia, PA 19126-3848 (the "Property") and more particularly described as:

Legal Description of Collateral

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED.
SITUATE ON THE EAST SIDE OF FAIRHILL STREET AT THE DISTANCE OF 246 FEET NORTHWARD FROM THE NORTHERLY SIDE OF 64TH AVENUE NORTH IN THE 61ST WARD OF THE CITY OF PHILADELPHIA. CONTAINING IN FRONT OR BREADTH ON THE SAID FAIRHILL STREET 33 FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH EASTWARD BETWEEN PARALLEL LINES AT RIGHT ANGELS TO THE SAID FAIRHILL STREET, 100 FEET.
BEING NO: 6415 N. FAIRHILL STREET CITY REGISTRY NO: 134 N 6-44
STREET CODE/HOUSE NO: 33240-06415
13RT NO: 61-1-1128-00
BEING THE SAME PREMISES WHICH ALBERT JOHNSON, SR. BY DEED DATED 3/31/2006 AND RECORDED IN PHILADELPHIA COUNTY ON 4/11/2006 IN DOCUMENT ID51417068 GRANTED AND CONVEYED UNTO DEBRA YOUNG, IN FEE.

ORDERED that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust's its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 6415 N Fairhill St., Philadelphia, PA 19126-3848, including without limitation a sheriff's sale of the property, and it is further

ORDERED, that pursuant to 11 U.S.C. § 362(d)(4), any future filing of a petition, involuntary or voluntary, by the Debtor, or other holder of an interest in the Property (including but not limited to: tenants, occupants, and heirs), under any Chapter of Title 11 of the U.S. Bankruptcy Code, *within two (2) years* from the date of entry of this Order will not impose any stay as to the Property; and it is further

ORDERED, this Order shall not take effect until thirty (30) days following the entry of this Order.

BY THE COURT

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge